UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
-----------------------------------------------------------X  
CAITLIN CRUDDEN,

                            Plaintiff,

        -against-

NEW YORK STATE INSURANCE FUND,

                            Defendant.  
-----------------------------------------------------------X

For Online Publication Only

**ORDER**  
23-CV-00509(JMA)(ST)

**AZRACK, United States District Judge:**

      By Order dated March 14, 2023, the Court denied the application of Caitlin Crudden ("Plaintiff") to proceed *in forma pauperis* and directed Plaintiff to either renew her application or to remit the filing fee within 21 days. On April 5, 2023, Plaintiff remitted the filing fee along with a letter (ECF No. 8), requesting that the Court accept her late payment. Albeit untimely, the Court accepts Plaintiff's payment and cautions her that Court deadlines must be followed going forward. The complaint in this action was filed on January 24, 2023. (ECF No. 1.)

      Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

      Accordingly, if service is not made upon defendant by **April 24, 2023**, or plaintiff fails to show good cause why such service has not been effected, the complaint will be dismissed without prejudice. **Plaintiff is to provide a copy of this Order to defendant along with the summons and complaint and shall file proof of service with the Court**.

Plaintiff is required to advise the Clerk of Court of any changes of address. Failure to keep the Court informed of plaintiff's current address may result in dismissal of the case.

   **SO ORDERED**.

Dated:      April 11, 2023                           /s/ JMA
             Central Islip, New York      JOAN M. AZRACK
                                                 UNITED STATES DISTRICT JUDGE